Argued May 7, affirmed May 15, 1968

KLUESNER, *Respondent, v.* KLUESNER,
*Appellant.*

440 P. 2d 866

*Lloyd V. Weiser,* Portland, argued the cause for appellant. With him on the briefs were Weiser, Bowles & Young, Portland.

*Kenneth M. Abraham,* Hood River, argued the cause for respondent. On the brief were Parker & Abraham, Hood River.

Before PERRY, Chief Justice, and McALLISTER, O'CONNELL, GOODWIN, DENECKE and LUSK, Justices.

PER CURIAM.

The assignments of error are that the trial court erred in granting the plaintiff wife a divorce and in distributing the parties' property.

We find that the plaintiff was entitled to a divorce and the distribution of property was just and proper.

Affirmed.